ACCEPTED
06-15-00012-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/28/2015 10:17:06 AM
DEBBIE AUTREY
CLERK

**No.** 06-15-00012-CR, 06-15-00013-CR, 06-15-00014-CR, 06-15-00015-CR, 06-15-00016-CR, 06-15-00017-CR

In the Court of Appeals for the
Sixth District of Texas
At Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

9/28/2015 10:17:06 AM

DEBBIE AUTREY
Clerk

**GARY MORROW,**
**Appellant**

*v.*

**STATE OF TEXAS,**
**Appellee**

**THIRD MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT GARY MORROW**

COMES NOW, Micah Belden, Counsel for Gary Morrow, and moves for a thirty day extension of time and would show:

The Court Reporter's record was filed on June 29, 2015. Counsel has been unable to file his Appellant's brief herein by the extended deadline of Septemeber 27, 2015, due to the very large volume of the reporter's record which is in approximately ten volumes and over two thousand pages, plus exhibits. Additionally, the reporter's record is being supplemented with the motion for new trial hearing, as it has one of two appeal points placed on the record regarding punishment evidence. Counsel has not yet received this supplemental reporters record but anticipates that it will be filed this week. Counsel prays that the deadline be extended until October 27, 2015, at which time Counsel represents that he should be able to file the appellant's brief in all reasonable likelihood.

Respectfully submitted,

/s/ *Micah Belden*
Micah Belden
711 N. Travis
Sherman, TX 75090
Telephone: (903) 744-4252
Fax: (903) 893-1734
State Bar No. 24044294
Board Certified in Criminal Law
Texas Board of Legal Specialization

## CERTIFICATE OF SERVICE

I do hereby certify that on this September 28, 2015, a true and correct copy of this motion was forwarded by email to:

Brad Setterberg
Assistant Fannin County District Attorney
101 E. Sam Rayburn, Third Floor
Bonham, TX 75418

_____ /s/ _____
Micah Belden

## VERIFICATION

**BEFORE ME**, the undersigned authority, on this day personally appeared *Micah Belden*, who after being duly sworn stated:

"My name is *Micah Belden*. I am the petitioner in the above entitled and numbered cause. I have read the attached motion and hereby state that said Petition is true and correct to the best of my knowledge."

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on 28th of September 2015, to certify which witness my hand and seal of office.

*Sharon E. Warren*
Notary Public, State of Texas

SHARON E. WARREN
NOTARY PUBLIC
STATE OF TEXAS
My Comm Expires 09/01/2019